CHARLES B. SQUIER, Appellant, *v.* AUGUSTUS S. HOUGHTON et al., Individually and as Executors and Trustees under the Will of EDWIN M. SQUIER, Deceased, et al., Respondents.

(Argued July 3, 1934; decided October 2, 1934.)

*Woolsey A. Shepard* and *George S. Mittendorf* for motion.
*Frank Hendrick* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.